# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-1455

_____

Cecil W. Proctor

*Plaintiff - Appellant*

v.

Nurse King, Miller County Detention Center; Nurse Chelsey, Miller County
Detention Center

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

_____

Submitted: November 7, 2019
Filed: November 13, 2019
[Unpublished]

_____

Before GRUENDER, WOLLMAN, and KOBES, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, inmate Cecil W. Proctor appeals the district court's[1] adverse grant of summary judgment. Viewing the record and all reasonable inferences in Proctor's favor, we find no basis for reversing the grant of summary judgment to defendants. See Allard v. Baldwin, 779 F.3d 768, 771 (8th Cir. 2015) (de novo review). The judgment is affirmed. See 8th Cir. R. 47B.

—————————————————————

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas.